IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DELPHI INVESTMENT GROUP, LLC,** as assignee of Millennium Medical Trust, Inc., <br><br> Plaintiff, <br><br> v. <br><br> **PERRY COMMUNITY HOSPITAL, LLC,** <br><br> Defendant. | **NO. 3:20-cv-00007** <br><br> **JUDGE CAMPBELL** <br> **MAGISTRATE JUDGE FRENSLEY** |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 40), which was filed on September 17, 2020. Through the Report and Recommendation, the Magistrate Judge recommends that Defendant's Motion to Set Aside Entry of Default (Doc. No. 30) be granted. Plaintiff filed a Notice (Doc. No. 41) stating it has no objection to the Report and Recommendation.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Defendant's Motion to Set Aside Entry of Default (Doc. No. 30) is **GRANTED** and Plaintiff's Motion for Default Judgment (Doc. No. 23) is **DENIED** as moot.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE